IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQAUS L. MARTIN, | ) | |
| | ) | |
| Petitioner, | ) | 4:05CV3049 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on filing no. 11, the motion for a hearing, filed by the petitioner. After review of the record, filing no. 11 is denied at this time because matters concerning a hearing will be decided in the ordinary course of the Court's business.

    SO ORDERED.

    DATED this 20th day of May, 2005.

                                     BY THE COURT:

                                     s/F.A. GOSSETT
                                   United States Magistrate Judge