IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQAUS L. MARTIN, | ) | |
| | ) | 4:05CV3049 |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on filing no. 19, the motion for an extension of time, filed by the respondent. The respondent requests an extension of time in which to answer or otherwise respond to the claims asserted in the petition. Upon review of the record, I will grant the motion. Respondent Houston's answer, filing no. 20, is deemed timely filed.

    SO ORDERED.

    DATED this 16th day of February, 2006.

                                  BY THE COURT:

                                  S/F.A. GOSSETT
                                  United States Magistrate Judge